UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2428 ADM/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLLEEN J. CHENEY,<br><br>Defendant,<br><br>XEROX BUSINESS SYSTEMS,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about September 2, 2003.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about September 11, 2003. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about September 18, 2003, the defendant was personally served with notice of her right to a hearing as to this garnishment action. The defendant has not requested such a hearing. However, defendant called the U.S. Attorney's Office and requested that the amount garnished each pay period be reduced from 25% to a lesser sum. The parties thereafter stipulated to have $350.00 per month

FILED OCT 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

to be garnished. Attached is the original stipulation of the parties.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff $350.00 per month of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Department of Justice" in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, including accruing interest, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $346.60; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff as they become due and owing.

Dated: 10/24/03

Magistrate Judge
United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2428 ADM/AJB

UNITED STATES OF AMERICA,

Plaintiff,

v.

COLLEEN J. CHENEY,

Defendant,

**GARNISHMENT STIPULATION**

The parties named above, the United States of America, plaintiff, and Colleen J. Cheney, defendant, hereby stipulate and agree that:

1. Defendant agrees that, as of the date of thee signing of this stipulation, the debt balance owed plaintiff by the defendant is $9,522.86 principal, interest in the amount of $193.92, marshal service costs in the amount of $463.88, and court costs in the amount of $90.00. This debt continues to accrue postjudgment interest at a rate of 4.89% per annum.

2. Defendant agrees to pay the debt outlined above by continuing garnishment of her wages at the rate of $350.00 per month of non-exempt wages until the judgment is paid in full.

Dated: October 2, 2003

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887

Dated:

Colleen Joann Cheney
Colleen Cheney, pro se
Defendant