UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2428 ADM/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. COLLEEN J. CHENEY, Defendant, XEROX BUSINESS SYSTEMS, Garnishee. | ) | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Colleen Cheney, the judgment debtor, and
Xerox Business Systems, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Colleen Cheney.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about September 2, 2003. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about September 11, 2003. On or about October 2, 2003, the parties entered into a Garnishment Stipulation. As of the date of service of the Writ of Garnishment and Garnishment Stipulation, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld a portion of the judgment debtor's disposable earnings each pay period, pursuant to the

parties stipulation dated October 2, 2003. The payments received by the U.S. Attorney’s Office are reflected on the attached Payment History.

Dated: November 5, 2004

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler
BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600