PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 10-NOV-2004 FOR: 2000Z00858/001 PAGE: 1 OF 3

DEBTOR: Cheney, Colleen J.

COURT NUMBER: 00-2428 ADM/AJB PRIORITY CODE:

CURRENT LIABILITY BALANCE: $4,102.15

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0009 | PMNT | WA | 10-NOV-2003 | TV/B | tOPS | | 200344 | $549.52 | 10-NOV-2003 | $9,358.63 |
| 0010 | PMNT | WA | 10-NOV-2003 | GR/G | XEROX | MN /04/028 | 102703545 | $960.46 | 10-NOV-2003 | $8,398.17 |
| 0011 | PMNT | WA | 17-NOV-2003 | GR/G | Xerox Corp. | MN /04/032 | 102705727 | $161.54 | 17-NOV-2003 | $8,244.51 |
| 0012 | PMNT | WA | 17-NOV-2003 | TV/B | TOPS | | 200345 | $387.80 | 17-NOV-2003 | $7,856.71 |
| 0013 | PMNT | WA | 28-NOV-2003 | GR/G | Xerox | MN /04/042 | 102712451 | $161.54 | 28-NOV-2003 | $7,706.75 |
| 0014 | PMNT | WA | 15-DEC-2003 | GR/G | Xerox | MN /04/055 | 102719439 | $161.54 | 15-DEC-2003 | $7,562.76 |
| 0015 | PMNT | WA | 29-DEC-2003 | GR/G | Xerox | MN /04/063 | 102725448 | $161.54 | 29-DEC-2003 | $7,415.40 |
| 0017 | PMNT | WA | 12-JAN-2004 | GR/G | Xerox | MN /04/072 | 102731381 | $161.54 | 12-JAN-2004 | $7,267.77 |
| 0018 | PMNT | WA | 26-JAN-2004 | GR/G | XEROX CORP. | MN /04/081 | 102738799 | $161.54 | 26-JAN-2004 | $7,119.82 |
| 0019 | PMNT | WA | 09-FEB-2004 | GR/G | Xerox | MN /04/092 | 102746254 | $161.54 | 09-FEB-2004 | $6,971.60 |
| 0020 | PMNT | WA | 23-FEB-2004 | GR/G | Xerox Corporation | MN /04/102 | 102753150 | $161.54 | 23-FEB-2004 | $6,823.10 |
| 0021 | PMNT | WA | 08-MAR-2004 | GR/G | XEROX | MN /04/111 | 102759106 | $161.54 | 08-MAR-2004 | $6,674.32 |
| 0022 | PMNT | WA | 22-MAR-2004 | GR/G | XEROX | MN /04/121 | 102765144 | $161.54 | 22-MAR-2004 | $6,525.26 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0023 | PMNT | WA | 05-APR-2004 | GR/G | Xerox | MN | /04/131 | 102769286 | $161.54 | 05-APR-2004 | $6,375.93 |
| 0024 | PMNT | WA | 19-APR-2004 | GR/G | Xerox | MN | /04/141 | 102776737 | $161.54 | 19-APR-2004 | $6,226.32 |
| 0025 | PMNT | WA | 03-MAY-2004 | GR/G | XEROX CORP | MN | /04/151 | 102783493 | $161.54 | 03-MAY-2004 | $6,076.43 |
| 0026 | PMNT | WA | 17-MAY-2004 | GR/G | Xerox Corporation | MN | /04/161 | 102789366 | $161.54 | 17-MAY-2004 | $5,926.26 |
| 0027 | PMNT | WA | 01-JUN-2004 | GR/G | Xerox | MN | /04/170 | 102795839 | $161.54 | 01-JUN-2004 | $5,776.60 |
| 0028 | PMNT | WA | 14-JUN-2004 | GR/G | XEROX CORP | MN | /04/178 | 102801365 | $161.54 | 14-JUN-2004 | $5,625.09 |
| 0029 | PMNT | WA | 28-JUN-2004 | GR/G | XEROX CORP | MN | /04/188 | 102807140 | $161.54 | 28-JUN-2004 | $5,474.07 |
| 0030 | PMNT | WA | 12-JUL-2004 | GR/G | Xerox | MN | /04/198 | 102812874 | $161.54 | 12-JUL-2004 | $5,322.77 |
| 0031 | PMNT | WA | 26-JUL-2004 | GR/G | Xerox | MN | /04/210 | 102818451 | $161.54 | 26-JUL-2004 | $5,171.19 |
| 0032 | PMNT | WA | 09-AUG-2004 | GR/G | Xerox | MN | /04/220 | 102924693 | $161.54 | 09-AUG-2004 | $5,019.32 |
| 0033 | PMNT | WA | 23-AUG-2004 | GR/G | Xerox | MN | /04/230 | 102830680 | $161.54 | 23-AUG-2004 | $4,867.17 |
| 0037 | PMNT | WA | 07-SEP-2004 | GR/G | XEROX CORP | MN | /04/240 | 102836751 | $161.54 | 07-SEP-2004 | $4,715.38 |
| 0038 | PMNT | WA | 20-SEP-2004 | GR/G | XEROX CORP | MN | /04/249 | 102842747 | $161.54 | 20-SEP-2004 | $4,562.03 |
| 0039 | PMNT | WA | 04-OCT-2004 | GR/G | XEROX CORP | MN | /05/002 | 102848597 | $161.54 | 04-OCT-2004 | $4,409.02 |
| 0040 | PMNT | WA | 18-OCT-2004 | GR/G | XEROX CORP. | MN | /05/011 | 102854299 | $161.54 | 18-OCT-2004 | $4,255.73 |
| 0041 | PMNT | WA | 01-NOV-2004 | GR/G | XEROX CORP | MN | /05/020 | 102860301 | $161.54 | 01-NOV-2004 | $4,102.15 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 10-NOV-2004 FOR: 2000Z00858/001 PAGE: 2 OF 3

DEBTOR: Cheney, Colleen J.

COURT NUMBER: 00-2428 ADM/AJB PRIORITY CODE:

CURRENT LIABILITY BALANCE: $4,102.15

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|

Total Payments for Debtor: $6,097.82

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 10-NOV-2004 FOR: 2000Z00858/001 PAGE: 3 OF 3

DEBTOR: Cheney, Colleen J.

COURT NUMBER: 00-2428 ADM/AJB PRIORITY CODE:

CURRENT LIABILITY BALANCE: $4,102.15

INACTIVATIONS/RELATED TRANSACTIONS AND FINANCIAL ADJUSTMENTS

| FIN SEQ | REL SEQ | FIN CODE | COL TYP | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|

Total Payments Inactivated/Adjusted for Debtor: