UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2428 ADM/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLLEEN J. CHENEY,<br><br>Defendant,<br><br>XEROX CORPORATION,<br><br>Garnishee. | NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT |

TO: Colleen J. Cheney, the judgment debtor, and Xerox Corporation, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the final accounting of the garnishment of defendant, Colleen J. Cheney.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about September 2, 2003. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about September 11, 2003. On or about October 2, 2003, the parties entered into a Garnishment Stipulation. As of the date of service, the garnishee, as the judgment debtor's employer, had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld a portion of the judgment debtor's disposable earnings each pay period, pursuant to the parties'

stipulation dated October 2, 2003. The payments received by the U.S. Attorney's Office are reflected on the attached Payment History.

PLEASE TAKE NOTICE: If you, the judgment debtor or the garnishee, object to this accounting, you must file: (1) a written objection to the accounting, and (2) a request for a hearing, stating your grounds for the objection within 10 days from the date you receive this final accounting, with the Clerk of Court, United States District Court, 202 United States Courthouse Building, 300 South Fourth Street, Minneapolis, Minnesota 55415. The court shall hold a hearing on the objection within 10 days after the court receives the request for a hearing, or as soon thereafter as is practicable. 28 U.S.C. § 3205(c)(9)(B).

Dated: 8-12-05

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ Perry Sekus for
BY: MARY TRIPPLER
Assistant U. S. Attorney
Attorney ID No. 110887