PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 12-AUG-2005 FOR: 2000Z00858/001 PAGE: 1 OF 3

DEBTOR: Cheney, Colleen J.
COURT NUMBER: 00-2428 ADM/AJB PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0009 | PMNT | WA | 10-NOV-2003 | TV/B | tOPS | | 200344 | | $549.52 | 10-NOV-2003 |
| 0010 | PMNT | WA | 10-NOV-2003 | GR/G | XEROX | MN /04/028 | 102703545 | | $960.46 | 10-NOV-2003 |
| 0011 | PMNT | WA | 17-NOV-2003 | GR/G | Xerox Corp. | MN /04/032 | 102705727 | | $161.54 | 17-NOV-2003 |
| 0012 | PMNT | WA | 17-NOV-2003 | TV/B | TOPS | | 200345 | | $387.80 | 17-NOV-2003 |
| 0013 | PMNT | WA | 28-NOV-2003 | GR/G | Xerox | MN /04/042 | 102712451 | | $161.54 | 28-NOV-2003 |
| 0014 | PMNT | WA | 15-DEC-2003 | GR/G | Xerox | MN /04/055 | 102719439 | | $161.54 | 15-DEC-2003 |
| 0015 | PMNT | WA | 29-DEC-2003 | GR/G | Xerox | MN /04/063 | 102725448 | | $161.54 | 29-DEC-2003 |
| 0017 | PMNT | WA | 12-JAN-2004 | GR/G | Xerox | MN /04/072 | 102731381 | | $161.54 | 12-JAN-2004 |
| 0018 | PMNT | WA | 26-JAN-2004 | GR/G | XEROX CORP. | MN /04/081 | 102738799 | | $161.54 | 26-JAN-2004 |
| 0019 | PMNT | WA | 09-FEB-2004 | GR/G | Xerox | MN /04/092 | 102746254 | | $161.54 | 09-FEB-2004 |
| 0020 | PMNT | WA | 23-FEB-2004 | GR/G | Xerox Corporation | MN /04/102 | 102753150 | | $161.54 | 23-FEB-2004 |
| 0021 | PMNT | WA | 08-MAR-2004 | GR/G | XEROX | MN /04/111 | 102759106 | | $161.54 | 08-MAR-2004 |
| 0022 | PMNT | WA | 22-MAR-2004 | GR/G | XEROX | MN /04/121 | 102765144 | | $161.54 | 22-MAR-2004 |
| 0023 | PMNT | WA | 05-APR-2004 | GR/G | Xerox | MN /04/131 | 102769286 | | $161.54 | 05-APR-2004 |
| 0024 | PMNT | WA | 19-APR-2004 | GR/G | Xerox | MN /04/141 | 102776737 | | $161.54 | 19-APR-2004 |
| 0025 | PMNT | WA | 03-MAY-2004 | GR/G | XEROX CORP | MN /04/151 | 102783493 | | $161.54 | 03-MAY-2004 |
| 0026 | PMNT | WA | 17-MAY-2004 | GR/G | Xerox Corporation | MN /04/161 | 102789366 | | $161.54 | 17-MAY-2004 |
| 0027 | PMNT | WA | 01-JUN-2004 | GR/G | Xerox | MN /04/170 | 102795839 | | $161.54 | 01-JUN-2004 |
| 0028 | PMNT | WA | 14-JUN-2004 | GR/G | XEROX CORP | MN /04/178 | 102801365 | | $161.54 | 14-JUN-2004 |
| 0029 | PMNT | WA | 28-JUN-2004 | GR/G | XEROX CORP | MN /04/188 | 102807140 | | $161.54 | 28-JUN-2004 |
| 0030 | PMNT | WA | 12-JUL-2004 | GR/G | Xerox | MN /04/198 | 102812874 | | $161.54 | 12-JUL-2004 |
| 0031 | PMNT | WA | 26-JUL-2004 | GR/G | Xerox | MN /04/210 | 102818451 | | $161.54 | 26-JUL-2004 |
| 0032 | PMNT | WA | 09-AUG-2004 | GR/G | Xerox | MN /04/220 | 102924693 | | $161.54 | 09-AUG-2004 |
| 0033 | PMNT | WA | 23-AUG-2004 | GR/G | Xerox | MN /04/230 | 102830680 | | $161.54 | 23-AUG-2004 |
| 0037 | PMNT | WA | 07-SEP-2004 | GR/G | XEROX CORP | MN /04/240 | 102836751 | | $161.54 | 07-SEP-2004 |
| 0038 | PMNT | WA | 20-SEP-2004 | GR/G | XEROX CORP | MN /04/249 | 102842747 | | $161.54 | 20-SEP-2004 |
| 0039 | PMNT | WA | 04-OCT-2004 | GR/G | XEROX CORP | MN /05/002 | 102848597 | | $161.54 | 04-OCT-2004 |
| 0040 | PMNT | WA | 18-OCT-2004 | GR/G | XEROX CORP. | MN /05/011 | 102854299 | | $161.54 | 18-OCT-2004 |
| 0041 | PMNT | WA | 01-NOV-2004 | GR/G | XEROX CORP | MN /05/020 | 102860301 | | $161.54 | 01-NOV-2004 |
| 0042 | PMNT | WA | 12-NOV-2004 | GR/G | XEROX | MN /05/026 | 102865570 | | $161.54 | 12-NOV-2004 |
| 0043 | PMNT | WA | 26-NOV-2004 | GR/G | Xerox Corp | MN /05/035 | 102871917 | | $161.54 | 26-NOV-2004 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 12-AUG-2005 FOR: 2000Z00858/001 PAGE: 2 OF 3

DEBTOR: Cheney, Colleen J.
COURT NUMBER: 00-2428 ADM/AJB PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0044 | PMNT | WA | 13-DEC-2004 | GR/G | XEROX CORP | MN /05/046 | 102877533 | | $161.54 | 13-DEC-2004 |
| 0045 | PMNT | WA | 27-DEC-2004 | GR/G | Xerox Corp | MN /05/054 | 102893041 | | $161.54 | 27-DEC-2004 |
| 0046 | PMNT | WA | 10-JAN-2005 | GR/G | Xerox | MN /05/062 | 102897846 | | $161.54 | 10-JAN-2005 |
| 0048 | PMNT | WA | 24-JAN-2005 | GR/G | Xerox | MN /05/071 | 102903912 | | $161.54 | 24-JAN-2005 |
| 0049 | PMNT | WA | 07-FEB-2005 | GR/G | Xerox Corporation | MN /05/080 | 102910550 | | $161.54 | 07-FEB-2005 |
| 0050 | PMNT | WA | 22-FEB-2005 | GR/G | Xerox | MN /05/090 | 102916440 | | $161.54 | 22-FEB-2005 |
| 0051 | PMNT | WA | 07-MAR-2005 | GR/G | XEROX | MN /05/099 | 102921574 | | $161.54 | 07-MAR-2005 |
| 0052 | PMNT | WA | 21-MAR-2005 | GR/G | Xerox | MN /05/109 | 102926404 | | $161.54 | 21-MAR-2005 |
| 0053 | PMNT | WA | 04-APR-2005 | GR/G | Xerox | MN /05/119 | 102931235 | | $161.54 | 04-APR-2005 |
| 0054 | PMNT | WA | 18-APR-2005 | GR/G | Xerox | MN /05/127 | 102936331 | | $224.64 | 18-APR-2005 |
| 0055 | PMNT | WA | 02-MAY-2005 | GR/G | Xerox | MN /05/135 | 102942038 | | $161.54 | 02-MAY-2005 |
| 0056 | PMNT | WA | 16-MAY-2005 | GR/G | Xerox | MN /05/146 | 102946972 | | $161.54 | 16-MAY-2005 |
| 0057 | PMNT | WA | 16-MAY-2005 | TV/B | | | TOP | | $936.00 | 16-MAY-2005 |
| 0058 | PMNT | WA | 31-MAY-2005 | GR/G | Xerox | MN /05/155 | 102952313 | | $161.54 | 31-MAY-2005 |
| 0059 | PMNT | WA | 13-JUN-2005 | GR/G | Xerox | MN /05/166 | 102957083 | | $161.54 | 13-JUN-2005 |
| 0060 | PMNT | WA | 27-JUN-2005 | GR/G | Xerox | MN /05/174 | 102962033 | | $161.54 | 27-JUN-2005 |
| 0061 | PMNT | WA | 11-JUL-2005 | GR/G | XEROX CORP | MN /05/184 | 102966783 | | $161.54 | 11-JUL-2005 |
| 0062 | PMNT | WA | 25-JUL-2005 | GR/G | Xerox | MN /05/194 | 102971583 | | $161.54 | 25-JUL-2005 |
| 0063 | PMNT | WA | 08-AUG-2005 | GR/G | XEROX | MN /05/205 | 102977223 | | $120.28 | 08-AUG-2005 |

Total Payments for Debtor: $10,286.46