CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | ) | |
| | ) | Civil No. 00-2428 ADM/AJB |
| COLLEEN J. CHENEY,<br><br>Defendant. | ) | |

I hereby certify that on _8/12/05__________, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Xerox Corporation
Attn: Payroll Garnishments
1350 Jefferson Road
BLDG 801
Rochester, NY 14623

Colleen Cheney
XXXX
St. Paul, MN 55117

_s/Jessica Scott_____________